ORIGINAL

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: 9/18/20 |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x

LOCKTON MANAGEMENT, LLC, LCM HOLDCO, LLC, AND LOCKTON CAPITAL MARKETS, LLC,

PETITIONERS,

-AGAINST-

VISHAL JHAVERI,

RESPONDENT.

-------------------------------------------------------- x

1:20-CV-07671

**ORDER TO SHOW CAUSE FOR AN INJUNCTION AND TEMPORARY RESTRAINING ORDER**

Upon Lockton Management, LLC, LCM HoldCo, LLC, and Lockton Capital Markets, LLC (collectively, "Lockton" or "Petitioners[']") Petition for an Injunction and Temporary Restraining Order and to Compel Arbitration dated September 17, 2020; and Lockton's accompanying Memorandum of Law dated September 17, 2020, and good and sufficient cause appearing therefore, it is hereby:

**ORDERED**, that Respondent Vishal Jhaveri show cause before this Court, at Room 21-C, United States Courthouse, 500 Pearl Street ~~40 Foley Square~~, in the City, County, and State of New York, on Wednesday Sept 30 at 3 o'clock ~~o'clock P.M.~~m., or as    LLS
soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rules 64 and 65 of the Federal Rules of Procedure, enjoining Respondent and his counsel, agents, and anyone acting on his behalf, from pursuing claims against Lockton for alleged violations of the Civil Rights Act of 1964, the Civil Rights Act of 1866, the New York State Human Rights Law, the New York Labor Law, the New York City Human Rights Law, or any other claims in connection with or arising out of Jhaveri's employment by Lockton or the termination thereof, outside of arbitration, and granting all other relief that may be appropriate; and it is further

**ORDERED** that, good and sufficient reason having been shown therefor, pending the determination of Petitioners' motion for an injunction and to compel arbitration, Respondent and his counsel, agents, and anyone acting on his behalf, are temporarily restrained and enjoined from taking any of the actions specified in above paragraph; and it is further

**ORDERED** that, good and sufficient reason having been shown therefor, and because Respondent is unlikely to suffer any injury as a result of this order *before Sept 30, 2020*, the requirements of Federal Rule 65(c) are waived, and no security need be posted pending and subject to further order of this Court; and it is further *Opposing papers shall be served by noon Monday Sept 28; replies by noon Wed Sept. 30* LLS

**ORDERED** that service of a copy of this order and the annexed materials upon Respondent on or before  *5 PM Friday Sept 18*  via electronic mail at the address set forth below, shall be deemed good and sufficient service thereof:  LLS

**To Respondent Vishal Jhaveri (via counsel):**

Douglas H. Wigdor
Wigdor LLP
85 Fifth Avenue
New York, NY 10003
dwigdor@wigdorlaw.com

**SO ORDERED:**

New York, New York

September 18, 2020, 12:39 P.m.

_Louis L. Stanton_

United States District Judge